IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN,<br><br>        Plaintiff,<br><br>  v.<br><br>BALDWIN CONTRACTING CO.,<br><br>        Defendant.<br>                                     / | No. C 06-07704 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 13, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 26, 2007.

DESIGNATION OF EXPERTS: 11/9/071; REBUTTAL: 1/19/07.
       Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 14, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by February 8, 2008;

    Opp. Due February 22, 2008;  Reply Due February 29, 2008 ;

 and set for hearing no later than March 14, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 22, 2008 at 3:30 PM.

COURT TRIAL DATE: May 5, 2008 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate-Judge Laporte for settlement purposes.  The settlement conference shall be coordinated with the settlement conference in C-06-7703 CRB during the end of June 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                        SUSAN ILLSTON
                                                        United States District Judge