BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>BALDWIN CONTRACTING COMPANY, INC., A California Corporation,<br><br>Defendant. | No.   C 06-7704 SI<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

Plaintiffs, Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California, and Defendant, Baldwin Contracting Company, Inc., by and through their counsel of record, hereby stipulate that Plaintiff be allowed to amend and file its First Amended Complaint to

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

STIPULATION TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

1  change Plaintiffs' name. A copy of the First Amended Complaint is attached hereto as Exhibit
2  "A."
3      The parties further stipulate that Defendant's answer, filed on January 22, 2007 is effective
4  as a response to Plaintiff's First Amended Complaint.
5
6  Dated: May 23, 2007
7                                      WEINBERG, ROGER & ROSENFELD
                                        A Professional Corporation
8
                                        By: /s/ Concepcion Lozano-Batista
9                                           CONCEPCION LOZANO-BATISTA
                                            Attorneys for Plaintiffs
10
11 Dated: May 24, 2007                   COOK BROWN LLP
12
                                        By: /s/ Dennis Cook
13                                          Dennis Cook
                                            Attorney for Defendant
14
15
16                                      ORDER
17     Pursuant to the stipulation between the parties, it is hereby ordered that Plaintiffs may
18 amend and file their First Amended Complaint.
19
20
21 Dated: _____              By: /s/ Susan Illston
                                       HONORABLE SUSAN ILLSTON
22                                     United States District Judge
   114424/458269
23
24
25
26
27
28