WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

1  BARRY E. HINKLE, Bar No. 071223
2  PATRICIA A. DAVIS, Bar No. 179074
   CONCEPCIÓN LOZANO-BATISTA, Bar No. 227227
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
5  Telephone (510) 337-1001
6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10  THE BOARD OF TRUSTEES of the           ) No.    C 06-7704 SI
11  LABORERS HEALTH AND WELFARE            )
    TRUST FUND FOR NORTHERN                )
12  CALIFORNIA; LABORERS VACATION-         )
    HOLIDAY TRUST FUND FOR NORTHERN        ) **STIPULATION TO CONTINUE**
13  CALIFORNIA; LABORERS PENSION TRUST     ) **SETTLEMENT CONFERENCE**
    FUND FOR NORTHERN CALIFORNIA; and      )
14  LABORERS TRAINING AND RETRAINING       )
15  TRUST FUND FOR NORTHERN                )
    CALIFORNIA,                            )
16                                         )
                Plaintiffs,                )
17                                         )
         v.                                )
18                                         )
                                           )
19  BALDWIN CONTRACTING COMPANY,           )
    INC., A California Corporation,        )
20                                         )
                Defendant.                 )
21                                         )

22

23       Plaintiffs, Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern
24  California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust
25  Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern
26  California, and Defendant, Stevens Creek Quarry, Inc., by and through their counsel of record,
27  hereby stipulate that the Settlement Conference currently set for June 29, 2007 at 9:30 a.m. be
28

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE                                Case No. 06-7704 SI

1  continued to July 27 26, 2007 at 9:30 a.m.   The parties are currently in the process of attempting to

2  resolve issues underlying this matter and would like additional time to do so.

4  Dated: June 19, 2007

5  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation

6          /s/*Concepción E. Lozano-Batista*
   By: _____
7      CONCEPCIÓN LOZANO-BATISTA
       Attorneys for Plaintiffs

9  Dated: June 19, 2007           COOK BROWN LLP

10         /s/*Dennis Cook*
   By: _____
11     DENNIS COOK
       Attorney for Defendant

12  114424/460678

14  IT IS SO ORDERED AS MODIFIED.

17  Dated: July 6, 2007

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte]*

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE          Case No. 06-7704 SI